United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8  IN THE UNITED STATES DISTRICT COURT
9  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 | CHARLES MUHAMMAD,                                No. C 06-5362 MMC
12 |         Plaintiff,                              **ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND; DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS; DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER**
13 |    v.
14 | DON KASSIG, et al.
15 |         Defendants                           /
16

17   Before the Court is plaintiff Charles Muhammad's complaint, application to proceed
18 in forma pauperis, and application for a temporary restraining order, each filed August 31,
19 2006. When a party seeks to proceed in forma pauperis, the district court is required to
20 dismiss the case if the court determines that the plaintiff fails to state a claim upon which
21 relief can be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii).
22   To state a claim upon which relief can be granted, a plaintiff must comply with Rule
23 8(a) of the Federal Rules of Civil Procedure, which requires that a complaint contain a
24 "short and plain statement of the claim showing that the pleader is entitled to relief." See
25 Fed. R. Civ. Proc. 8(a)(2). Plaintiff's complaint fails to comply with this requirement.
26 Plaintiff's complaint, in addition to listing the names of the defendants, disclosing plaintiff's
27 mailing address, and pleading a prayer for relief, alleges only that "[d]efendants violated the
28 Fourth Amendment," "[d]efendants violated the Fifth Amendment," "[d]efendants violated

the Sixth Amendment," and "[d]efendants violated the Eighth Amendment." There being no factual allegations in the compliant indicating how each particular defendant violated the four constitutional provisions referenced in the complaint, plaintiff has failed to state a claim showing he is entitled to relief. See Fed. R. Civ. P. 8(a)(2).

Accordingly, plaintiff's complaint is hereby DISMISSED, with leave to file, no later than September 25, 2006, a First Amended Complaint. If plaintiff elects to do so, plaintiff must comply with Rule 8(a)(2) by alleging, as to each named defendant, facts to support plaintiff's conclusion that a constitutional violation or violations have occurred. If plaintiff does not file a First Amended Complaint by the required date, or the First Amended Complaint does not comply with Rule 8(a)(2), the Court will dismiss the action without further leave to amend.

In light of the dismissal of plaintiff's complaint, plaintiff's application to proceed in forma pauperis is DENIED. Plaintiff may, however, resubmit an application to proceed in forma pauperis in the event plaintiff files a First Amended Complaint.

Finally, plaintiff's application for a temporary restraining order, by which plaintiff seeks issuance of such order without notice to defendants, is hereby DENIED for failure to comply with Rule 65(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: September 1, 2006

MAXINE M. CHESNEY
United States District Judge